Charles M. Lizza
William C. Baton
Alexander L. Callo
SAUL EWING LLP
One Riverfront Plaza, Suite 1520
Newark, NJ 07102
(973) 286-6700

*Attorneys for Defendants*
*Amarin Pharma, Inc., Amarin Pharmaceuticals*
*Ireland Limited, and Amarin Corporation plc*

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

| | |
|---|---|
| APOTEX INC., | Civil Action No. 24-7041 (RK)(TJB) |
| Plaintiff, | Motion Date: August 19, 2024 |
| v. | (Filed Electronically) |
| AMARIN PHARMA, INC., AMARIN PHARMACEUTICALS IRELAND LIMITED, and AMARIN CORPORATION PLC, | |
| Defendants. | |

## NOTICE OF JOINT MOTION TO SEAL

PLEASE TAKE NOTICE that on August 19, 2024, or as soon thereafter as counsel may be heard, Plaintiff Apotex Inc. ("Apotex") and Defendants Amarin Pharma, Inc., Amarin Pharmaceuticals Ireland Limited, and Amarin Corporation plc (collectively, "Amarin" or "Defendants") will move before the Honorable Tonianne J. Bongiovanni, U.S.M.J., at the Clarkson S. Fisher Building & U.S. Courthouse, 402 East State Street, Trenton, New Jersey 08608, for the entry of an Order pursuant to Local Civil Rule 5.3(c) sealing certain portions of (1) Letter from Amarin to the Hon. Robert Kirsch, U.S.D.J., dated July 5, 2024 (ECF No. 16)

and (2) Letter from Plaintiff Apotex Inc. ("Apotex") to the Hon. Robert Kirsch, U.S.D.J., dated July 12, 2024 (ECF No. 17).

PLEASE TAKE FURTHER NOTICE that, in support of this Motion, Amarin shall rely upon the accompanying certification of Alexander L. Callo.

PLEASE TAKE FURTHER NOTICE that, in support of this Motion, Apotex shall rely upon the accompanying declaration of Melissa J. Bayly.

PLEASE TAKE FURTHER NOTICE that a proposed form of Order is submitted herewith for the Court's consideration.

Dated: July 26, 2024                                        Respectfully submitted,

| | |
|---|---|
| s/ Melissa J. Bayly | s/ Alexander L. Callo |
| Christopher J. Dalton | Charles M. Lizza |
| Melissa J. Bayly | William C. Baton |
| BUCHANAN INGERSOLL & ROONEY PC | Alexander L. Callo |
| 550 Broad Street, Suite 810 | SAUL EWING LLP |
| Newark, NJ 07102-4582 | One Riverfront Plaza |
| Tel: (973) 273-9800 | 1037 Raymond Blvd., Suite 1520 |
| Fax: (973) 273-9430 | Newark, NJ 07102 |
| Email: christopher.dalton@bipc.com | (973) 286-6700 |
| melissa.bayly@bipc.com | wbaton@saul.com |
| | |
| Jonathan D. Janow (admitted pro hac vice) | Timothy C. Hester* |
| BUCHANAN INGERSOLL & ROONEY PC | Ashley E. Bass* |
| 1700 K St. N.W., Suite #300 | COVINGTON & BURLING LLP |
| Washington, DC 20006-3807 | One CityCenter |
| Tel: (202) 452-7900 | 850 Tenth Street NW |
| Fax: (202) 452-7989 | Washington, D.C. 20001 |
| Email: jonathan.janow@bipc.com | Telephone: (202) 662-6000 |
| | Facsimile: (202) 778-6000 |
| Mark A. Kasten | thester@cov.com |
| Carrie G. Amezcua (admitted pro hac vice) | abass@cov.com |
| BUCHANAN INGERSOLL & ROONEY PC | |
| Two Liberty Place | *admitted pro hac vice |
| 50 S. 16th Street, Suite 3200 | |
| Philadelphia, PA 19102 | *Attorneys for Defendants* |
| Tel: 215-665-8700 | *Amarin Pharma, Inc., Amarin Pharmaceuticals* |
| Fax: 215-665-8760 | *Ireland Limited, and Amarin Corporation plc* |
| Email: mark.kasten@bipc.com | |

- 3 -

Lloyd Smith (pro hac vice application forthcoming)
Jacob M. Adams (pro hac vice application forthcoming)
BUCHANAN INGERSOLL & ROONEY PC
1737 King Street, Suite 500
Alexandria, Virginia 22314
Tel.: (703) 836-6620
Fax: (703) 836-2021
Email: lloyd.smith@bipc.com
jake.adams@bipc.com

*Attorneys for Plaintiff Apotex, Inc.*