

**THREE GATEWAY CENTER**
100 Mulberry Street, 15th Floor
Newark, NJ 07102

T: 973.757.1100
F: 973.757.1090

**WALSH.LAW**

Liza M. Walsh
Direct Dial: (973) 757-1101
lwalsh@walsh.law

December 22, 2025

**VIA ECF**
Honorable Tonianne J. Bongiovanni, U.S.M.J.
U.S. District Court for the District of New Jersey
Clarkson S. Fisher Fed. Bldg. & U.S. Courthouse
402 East State Street
Trenton, New Jersey 08608

> Re: *Teva Pharmaceuticals USA, Inc. v. Amarin Pharma, Inc., et al.*
> Civil Action No.: 3:24-cv-04341 (RK-TJB)
>
> *Apotex, Inc. v. Amarin Pharma, Inc., et al.*
> Civil Action No.: 3:24-cv-07041 (RK-TJB)

Dear Judge Bongiovanni:

    This firm, together with Kirkland & Ellis LLP and Susman Godfrey LLP, represents Plaintiff Teva Pharmaceuticals USA, Inc. in the above-referenced matter. We write to respectfully request an extension of time, until January 15, 2026, for the parties to submit a joint motion to seal and redacted versions of the documents relating to Amarin and KD Pharma-Bexbach GmbH, KD Swiss GmbH, Marine Ingredients, LLC, Innova Softgel, LLC and O3 Holding GmbH (collectively "KD Pharma")'s Motions for Judgment on the Pleadings.

    Given the volume of the submissions and the upcoming holidays, the parties request additional time to fully review the documents and prepare appropriate redactions, and if necessary, meet and confer concerning those redactions, and finalize the motion to seal papers. All parties consent to this request.

    The parties appreciate the Court's consideration of this submission. Should this request be acceptable to Your Honor, the parties respectfully ask that this letter be "So Ordered" and entered on the respective dockets. As always, we are available should Your Honor or Your Honor's staff have any questions or need anything further. We thank the Court for its attention to this matter.

    Respectfully submitted,

    *s/Liza M. Walsh*

    Liza M. Walsh

cc: All Counsel of Record (via ECF & email)

Hon. Tonianne J. Bongiovanni, U.S.M.J.
December 22, 2025
Page 2

SO ORDERED this 23rd day of December, 2025.

s/Tonianne J. Bongiovanni
Honorable Tonianne J. Bongiovanni, U.S.M.J.