**UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY**

| | |
|---|---|
| APOTEX INC., <br><br> Plaintiff, <br><br> v. <br><br> AMARIN PHARMA, INC., AMARIN PHARMACEUTICALS IRELAND LIMITED, AMARIN CORPORATION PLC, KD PHARMA-BEXBACH GMBH, KD SWISS GMBH, MARINE INGREDIENTS, LLC, INNOVA SOFTGEL, LLC, O3 HOLDING GMBH, AND CAPITON AG, <br><br> Defendants. | Civil Action No. 3:24-cv-07041 (RK)(TJB) |

**TEMPORARY ORDER TO SEAL
UNDER LOCAL CIVIL RULE 5.3(c)(9)**

This matter having come before the Court pursuant to the emergent motion of

Defendants KD Pharma-Bexbach GmbH, KD Swiss GmbH, Marine Ingredients,

LLC, Innova Softgel, LLC and O3 Holding GmbH (collectively, the "KD Pharma

Defendants"), pursuant to Local Civil Rule 5.3(c)(9), permitting the temporary

sealing of materials, to temporarily seal the transcript of proceedings that occurred

on March 25, 2026 (ECF No. 236), which has not yet been published on the Court's

public docket;

**WHEREAS**, the Court having determined that this action involves allegations regarding the disclosure of confidential and proprietary information and personal information of non-party employees or former employees of the parties;

**IT IS** on this ___15th___ day of _____June_____, 2026, hereby **ORDERED** that:

1. The Clerk's Office shall temporarily seal the transcript of proceedings that occurred on March 25, 2026 (ECF No. 236);

2. The court reporter shall not further distribute the transcript to any person not a party to this action until the KD Pharma Defendants' forthcoming motion to seal has been resolved;

3. The KD Pharma Defendants shall file a motion to seal within fourteen days from entry of this order, under Local Civil Rule 5.3(c), and any party that opposes the motion shall file opposition papers within seven days of the motion to seal being filed.


_s/Tonianne J. Bongiovanni_____
HON. TONIANNE J. BONGIOVANNI, U.S.M.J.


[Docket Entry No. 247 is terminated.]

2